Judy M. MELTON, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 00–7166.

United States Court of Appeals, Federal Circuit.

March 19, 2001.

ON MOTION

ORDER

Judy M. Melton moves to voluntarily dismiss her appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to voluntarily dismiss is granted.

(2) All other pending motions are moot.

(3) Each side shall bear its own costs.

(4) The revised official caption is reflected above.

MOLTEN METAL EQUIPMENT INNOVATIONS, INC., Plaintiff–Appellee,

v.

METALLICS SYSTEMS CO., L.P. and Metaullics Systems Co., Defendants–Appellants.

Nos. 00–1544, 00–1575.

United States Court of Appeals, Federal Circuit.

March 19, 2001.

ON MOTION

ORDER

Upon consideration of Metaullics Systems Co., L.P. et al.'s unopposed motions to dismiss appeal nos. 00–1544, 00–1575, due to the district court's grant of its motion for a new trial,

IT IS ORDERED THAT:

(1) The motions are granted and the appeals are dismissed.

(2) Each side shall bear its own costs.